EDMUND S. HAMILTON et al., as Executors, etc., Respondents, *v.* CASSIUS H. REED et al. Appellants.
SAME, Respondents, *v.* SAME, Appellants.

(Submitted December 8, 1886; decided January 18, 1887.)

*Christopher Fine* for appellants.

*Platt & Bowers* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

JAMES J. O'DEA, as Administrator, etc., Appellant, *v.* JAMES A. NORCROSS et al., Respondents.

(Argued December 9, 1886; decided January 18, 1887.)

*E. Countryman* for appellant.

*Nathaniel C. Moak* for respondents

Agree to affirm ; no opinion.
All concur except DANFORTH, J., not voting.
Judgment affirmed.